IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

GREGORY S. KONTAXES,   )
        Plaintiff,   )
           )
vs.   ) Civil Action No. 12-1161
   ) Judge Mark R. Hornak
   ) Magistrate Judge Maureen P. Kelly
ATTORNEY MARK M. MEHALOV,   )
        Defendant.   )

## ORDER

AND NOW, this 3rd day of January, 2013, after the Plaintiff, Gregory S. Kontaxes, filed an action in the above-captioned case, and after a Report and Recommendation was filed by the United States Magistrate Judge granting the Plaintiff until December 31, 2012, to file written objections thereto, and no objections having been filed, and upon independent review of the record, and upon consideration of the Magistrate Judge's Report and Recommendation, which is adopted as the opinion of this Court,

IT IS HEREBY ORDERED that, pursuant to the screening provisions of the Prison Litigation Reform Act, the Complaint is dismissed for failure to state a claim upon which relief can be granted.

IT IS FURTHER ORDERED that, pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, if any party wishes to appeal from this Order a notice of appeal, as provided in Fed. R. App. P. 3, must be filed with the Clerk of Court, United States District Court,

at 700 Grant Street, Room 3110, Pittsburgh, PA 15219, within thirty (30) days.

_____
MARK R. HORNAK
United States District Judge

cc: Honorable Maureen P. Kelly
    United States Magistrate Judge

    Gregory S. Kontaxes
    FB-3371
    SCI Rockview
    P.O. Box A
    Bellefonte, PA 16823